IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00015-M-KS

| | |
|---|---|
| KYLE MORGAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>KARGO CORPORATION,<br><br>　　　Defendants. | **VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES the Plaintiff, William Ronnie Adams, II, and hereby dismisses with prejudice all claims against Defendant KARGO CORPORATION pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

This the __29th__ day of March, 2024.

　　　　　　　　　　　　　　　　　　　　/s/ Kenneth N. Barnes_____
　　　　　　　　　　　　　　　　　　　　Kenneth N. Barnes
　　　　　　　　　　　　　　　　　　　　Barnes Legal, PLLC
　　　　　　　　　　　　　　　　　　　　109 Professional Court, Suite 101
　　　　　　　　　　　　　　　　　　　　Garner, NC 27529
　　　　　　　　　　　　　　　　　　　　Bar No: 14035
　　　　　　　　　　　　　　　　　　　　Attorney for Kyle Morgan

2