IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00015-M-KS

| | |
|---|---|
| KYLE MORGAN,<br><br>    Plaintiff,<br><br>v.<br><br>KARGO CORPORATION,<br><br>    Defendants. | **VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES the Plaintiff, KYLE MORGAN, and hereby dismisses with prejudice all claims against Defendant KARGO CORPORATION pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

This the __2nd__ day of April, 2024.

/s/ Kenneth N. Barnes_____
Kenneth N. Barnes
Barnes Legal, PLLC
109 Professional Court, Suite 101
Garner, NC 27529
Bar No: 14035
Attorney for Kyle Morgan

2